IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEROY NEWMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE BANK OF NEW YORK MELLON, et al.,<br><br>　　　　　Defendants. | 1:12-CV-1629  AWI GSA<br><br>ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION |

　　Defendants have noticed for hearing and decision a motion to dismiss.  The matter is scheduled for a hearing on June 24, 2013, at 1:30 p.m. in Courtroom No. 2.  Pursuant to the Local Rules, the Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(h).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 24, 2013, is VACATED, and the parties shall not appear at that time.  As of June 24, 2013, the Court will take Defendant's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　June 18, 2013

　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE