1  Stella Y. Kim (SBN 256774)
Email: skim@reedsmith.com
2  Elena O. Gekker (SBN 301363)
Email:  egekker@reedsmith.com
3  REED SMITH LLP
101 Second Street, Suite 1800
4  San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
5  Facsimile:      +1 415 391 8269

6  Attorneys for Defendants
The Bank of New York Mellon fka The Bank of
7  New York, as Trustee for the Certificateholders
of CWMBS, Inc., CHL Mortgage Pass-Through
8  Trust 2007-HY7, Mortgage Pass Through
Certificates, Series 2007-HY7, Mortgage
9  Electronic Registration Systems, Inc., and Bank
of America, N.A.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID LEROY NEWMAN,<br><br>             Plaintiff,<br><br>    vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC. CHL MORTGAGE PASS THROUGH TRUST 2007-HY7, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-HY7, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and BANK OF AMERICA, N.A.,<br><br>          Defendants. | Case No.    1:12-cv-01629-AWI-MJS<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br><br>Date:         July 22, 2016<br>Time:         11:00 a.m.<br>Courtroom:    6<br><br>***Hon. Michael J. Seng, Magistrate Judge*** |

## I.     INTRODUCTION

WHEREAS, Plaintiff David Leroy Newman ("Plaintiff") and Defendants The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2007-HY7, Mortgage Pass Through Certificates, Series 2007-HY7, Mortgage Electronic Registration Systems, Inc., and Bank of America, N.A. (collectively

"Defendants"), have filed a stipulation requesting that the Court enter an order continuing the

scheduling conference in this matter, currently set for Friday, July 22, 2016 at 11:00 a.m., to

Thursday, August 25, 2016 at 11:00 a.m., because counsel for Defendants, Elena O. Gekker, will be

unavailable on July 22, 2016.  Having considered the parties' stipulation, good cause appearing

therein, the Court orders that the parties' request for a continuance of the Scheduling Conference is

hereby GRANTED.

       IT IS HEREBY ORDERED THAT the scheduling conference in this matter is continued

from Friday, July 22, 2016 at 11:00 a.m., to Thursday, August 25, 2016 at 11:00 a.m.

IT IS SO ORDERED.

  Dated:  <u>  July 1, 2016  </u>                        <u>    /s/ *Michael J. Seng*  </u>

                                                    UNITED STATES MAGISTRATE JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware