MALCOLM D. GROSS, SBN 116341
Law Offices of
MALCOLM D. GROSS
1040 S. Mt. Vernon Ave., Suite G316
Colton, California 92324
(209) 847-7061
(909) 514-1609
(909) 533-2452 – fax
e-mail: mdg@mdgattorney.com

Attorneys for Plaintiff
DAVID NEWMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| DAVID LEROY NEWMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CETIFICATE HOLDERS OF WMBS, INC. CHL MORTGAGE PASS THROUGH TRUST 2007-HY7, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-HY7, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF AMERICA, N.A., and DOES 1 TO 50, INCLUSIVE,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:12-CV-1629 AWI MJS |

**STIPULATION FOR DISMISSAL**


Based upon the Parties' Stipulation and good cause having been found,

ORDER OF DISMISSAL
-2-

Plaintiff's Second Amended Complaint against Defendants, and each of them, is hereby dismissed in its entirety with prejudice and this case is to be closed.

IT IS SO ORDERED.

Dated: January 22, 2018 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE